UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:12-CR-103 RM |
| ) | |
| KARLA SELENE RUELAS ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 4, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 7], ACCEPTS defendant Karla Ruelas's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Information, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I) and 18 U.S.C. § 1349.

SO ORDERED.

ENTERED:   October 23, 2012

　　　　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　Northern District of Indiana